1 | JAMES P. SHEA (State Bar No. 162483)
2 | LAW OFFICE OF JAMES P. SHEA
    | 5055 Wilshire Blvd., Suite 830
    | Los Angeles, CA 90036
3 | Telephone: 323-954-9605
    | Fax: 323-954-9012
4 | E-mail: lawoffice5055@aol.com

5 | Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JUDITH SCHELLING, | NO. 8:15-CV-02095-DTB |
| Plaintiff, | [**PROPOSED**] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d), AND COSTS PURSUANT TO 28 U.S.C. § 1920 |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS ORDERED that EAJA fees and expenses are awarded in the amount of two thousand, five hundred ninety one dollars and forty cents ($2,591.40), and costs pursuant to 28 U.S.C. § 1920 in the amount of four hundred dollars and no cents ($400.00), subject to the provisions of the EAJA and subject to the terms of the stipulation between the parties.

Dated: November 3, 2016    _____

HON. DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE